UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, et al., )<br>)<br>PLAINTIFFS )<br>)<br>vs. )<br>)<br>NATIONAL SECURITY AGENCY, *et al.*, )<br>)<br>DEFENDANT )<br>) | Civil Action No. 1:15-cv-999 (APM) |

## AFFIDAVIT OF SERVICE

I, Danny Koniowsky, state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 2452 ½ Ontario Rd., NW Washington, DC 20009.

3. On June 25, 2015, I hand-delivered a copy of the summons and Complaint in the above-captioned case to Ms. Princess Kyle, an agent designated to receive service of process on behalf of the United States Attorney's Office for the District of Columbia. I personally served Ms. Kyle at approximately 2:49 p.m. on June 25, 2015 at 501 3rd St., NW, 4th Floor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/25/15___

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, et al., )<br>)<br>PLAINTIFFS )<br>vs. )<br>)<br>NATIONAL SECURITY AGENCY, *et al.*, )<br>)<br>DEFENDANT ) | Civil Action No. 1:15-cv-999 (APM) |

## AFFIDAVIT OF SERVICE

I, Danny Koniowsky, state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 2452 ½ Ontario Rd., NW Washington, DC 20009.

3. On June 25, 2015, I hand-delivered a copy of the summons and Complaint in the above-captioned case to Mr. Frank Manso, an agent designated to receive service of process on behalf of the United States Attorney General. I personally served Mr. Manso at approximately 2:34 p.m. on June 25, 2015 at 950 Pennsylvania Ave., NW.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/25/15___

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD, et al., )
)
       PLAINTIFFS ) Civil Action No. 1:15-cv-999 (APM)
vs. )
)
NATIONAL SECURITY AGENCY, *et al.*, )
)
       DEFENDANT )
)

## AFFIDAVIT OF SERVICE

I, Danny Koniowsky, state as follows:

1. I am at least 18 years of age or older and not a party to this lawsuit.

2. My business address is 2452 ½ Ontario Rd., NW Washington, DC 20009.

3. On June 25, 2015, I hand-delivered a copy of the summons and Complaint in the above-captioned case to Mr. Frank Manso, an agent designated to receive service of process on behalf of the Department of Justice. I personally served Mr. Manso at approximately 2:34 p.m. on June 25, 2015 at 950 Pennsylvania Ave., NW.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/25/15___