IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JASON LEOPOLD, *et al.*, )
)
Plaintiffs, )
)
vs. )  1:15-cv-00999 (APM)
)
NATIONAL SECURITY AGENCY, *et al.*, )
)
Defendants. )

[PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report and Proposed Schedule, and the entire record herein, it is hereby ORDERED that:

Except as to portions of the requests over which the parties are still conferring, Defendants United States National Security Agency, United States Department of Homeland Security, United States Department of Justice, United States Department of Defense, Central Intelligence Agency, and United States Department of State (collectively "Defendants") will produce documents responsive to the Plaintiffs' Freedom of Information Act ("FOIA") requests as narrowed by agreement of the parties and subject to FOIA, 5 U.S.C. § 522 *et seq.*, on a rolling monthly production schedule, with productions occurring by the second Wednesday of each month.

The parties also will file joint status reports with the Court by the third Wednesday of every third month.

Upon completion of all the productions, the parties will meet and confer and file a proposed schedule with the Court for filing deadlines for any dispositive briefings, including summary judgment briefing, if applicable.

It is SO ORDERED.

Dated: 1/20/16

Honorable Amit P. Mehta
United States District Judge