IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JASON LEOPOLD *and* ALEXA O'BRIEN,  )
                                    )
    Plaintiffs,                    )
                                    )
    v.                              )   No. 1:15-cv-00999 (APM)
                                    )
NATIONAL SECURITY AGENCY, *et al.*, )
                                    )
    Defendants.                     )
_____ )

**SUBSTITUTION OF COUNSEL**

    Defendants United States National Security Agency, United States Department of Homeland Security, United States Department of Justice, United States Department of Defense, Central Intelligence Agency, and United States Department of State request that the Clerk of the Court please enter the appearance of Matthew J. Berns on their behalf, and withdraw the appearance of Scott D. Levin as their Counsel in the above-captioned matter.

Dated: January 21, 2016                                Respectfully submitted,

                                                                                                   BENJAMIN C. MIZER
                                                                                                   Acting Assistant Attorney General

                                                                                                   MARCIA BERMAN
                                                                                                   Assistant Director
                                                                                                   Federal Programs Branch

| /s/ *Matthew J. Berns* | /s/ *Scott D. Levin* |
|---|---|
| MATTHEW J. BERNS | SCOTT D. LEVIN |
| Trial Attorney (DC Bar # 998094) | Trial Attorney (DC Bar # 494844) |
| United States Department of Justice | United States Department of Justice |
| Civil Division, Federal Programs Branch | Civil Division, Federal Programs Branch |
| 20 Massachusetts Avenue N.W. | 20 Massachusetts Avenue N.W. |
| Washington, D.C. 20530 | Washington, D.C. 20001 |
| Telephone: (202) 616-8016 | Telephone: (202) 305-0568 |
| matthew.j.berns@usdoj.gov | Scott.Levin2@usdoj.gov |

*Counsel for Defendants*