IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, *et al.*, ) | |
| Plaintiffs, ) | |
| vs. ) | 1:15-cv-00999 (APM) |
| NATIONAL SECURITY AGENCY, *et al.*, ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiffs Jason Leopold and Alexa O'Brien (collectively "Plaintiffs") and Defendants United States National Security Agency ("NSA"), United States Department of Homeland Security ("DHS"), United States Department of Justice ("DOJ"), United States Department of Defense ("DOD"), Central Intelligence Agency ("CIA"), and United States Department of State ("DOS") (collectively "Defendants"), by and through their undersigned counsel, respectfully submit the following joint status report pursuant to the Court's Order of January 20, 2016 (ECF No. 14).

On August 9, 2015, Plaintiffs filed an Amended Complaint (ECF No. 6) related to 18 different Freedom of Information Act ("FOIA") requests sent to 19 Defendant agencies or components thereof.[1] According to the Amended Complaint, the FOIA requests focus on Jacob

---

[1] The 19 Defendant agencies and components that are subject to these requests are the NSA, DHS-National Protection and Programs Directorate, DHS-Privacy Office, DHS-Office of Policy, DHS-Science and Technology Directorate, DHS-Transportation Security Agency, DHS-Office of Operations Coordination, DHS-Office of Intelligence and Analysis, DHS-United States Secret Service, DHS-U.S. Customs and Border Protection, DHS-U.S. Immigration and Customs Enforcement, DHS-U.S. Citizenship and Immigration Services, DOJ-Federal Bureau of Investigation, DOJ-Criminal Division, DOJ-National Security Division, DOD-United States Army, DOD-Defense Intelligence Agency, CIA, and DOS.

Appelbaum, "an American security expert and journalist." Am. Compl. ¶29. The requests, however, seek a total of 288 separate categories of records. Over the course of several months, the parties met and conferred, and Plaintiffs agreed to withdraw three of the original requests and to clarify and narrow the scope of certain other requests to records of most interest to Plaintiffs.

Currently, eight agency components have completed their processing of Plaintiffs' FOIA requests: (1) DHS-National Protection and Programs Directorate; (2) DHS-Science and Technology Directorate, (3) DHS-Office of Intelligence and Analysis, (4) DHS-Office of Operations Coordination, (5) DHS-Transportation Security Agency, (6) DHS-U.S. Citizenship and Immigration Services, (7) DOD-Defense Intelligence Agency, and (8) DOJ-Criminal Division.[2]

Five agency components have completed their searches for records subject to FOIA and responsive to Plaintiffs' requests, and continue to process records for release: (1) DHS-U.S. Immigration and Customs Enforcement, (2) DHS-United States Secret Service, (3) DOD-Army, (4) DOJ-FBI, and (5) DOJ-NSD.

Six agencies or agency components continue to search for records subject to FOIA and responsive to Plaintiffs' requests: (1) CIA, (2) DHS-Office of Policy, (3) DHS-Privacy Office, (4) DHS-U.S. Customs and Border Protection, (5) DOS, and (6) NSA.

In addition, some records have been referred to the Executive Office for United States Attorneys for direct release to Plaintiffs.

Defendants that have not already completed their processing of Plaintiffs' FOIA requests will continue to process Plaintiffs' FOIA requests in accordance with the Court's order of January 20, 2016.

---

[2] Agency components in this group may need to process additional records if they receive referrals from other agencies for direct release to Plaintiffs or are asked to consult or coordinate with other agencies that are processing Plaintiffs' requests.

–3–

Dated: April 20, 2016

| | |
|---|---|
| /s/ Jeffrey Light | BENJAMIN C. MIZER |
| Jeffrey L. Light | Principal Deputy Assistant Attorney General |
| D.C. Bar #485360 | |
| 1712 Eye St., NW | MARCIA BERMAN |
| Suite 915 | Assistant Branch Director |
| Washington, DC 20006 | |
| (202) 277-6213 | /s/ Matthew J. Berns |
| Jeffrey.Light@yahoo.com | MATTHEW J. BERNS (D.C. BAR #998094) |
| *Counsel for Plaintiffs* | United States Department of Justice |
| | Civil Division - Federal Programs Branch |
| | 20 Massachusetts Avenue, NW |
| | Washington, DC 20530 |
| | (202) 616-8016 |
| | Email: Matthew.J.Berns@usdoj.gov |
| | *Counsel for Defendants* |