## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD and ALEXA O'BRIEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:15-cv-00999 (APM) |
| ) | |
| NATIONAL SECURITY AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS

On January 15, 2019, this court granted Defendants' motion for a stay of the court's order dated January 20, 2016, which would have required the parties to file their next quarterly joint status report on or before January 16, 2019.  The stay order also required Defendants to file a notice within three business days of the resumption of government operations "notifying the court when the parties will file their Joint Status Report."

As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice and other agencies, and the Department of Justice resumed its usual civil litigation functions.  Pursuant to the Court's order, Defendants' counsel has conferred with conferred with Plaintiff's counsel, and they propose to file the next quarterly Joint Status Report on February 13, 2019.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W. Room 11028
Washington, D.C. 20005
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail: marcia.sowles@usdoj.gov

Attorneys for Defendants