IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-00999 (APM) |
| | ) | |
| NATIONAL SECURITY AGENCY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiffs Jason Leopold and Alexa O'Brien (collectively "Plaintiffs") and Defendants United States National Security Agency ("NSA"), United States Department of Homeland Security ("DHS"), United States Department of Justice ("DOJ"), United States Department of Defense ("DOD"), Central Intelligence Agency ("CIA"), and United States Department of State ("DOS") (collectively "Defendants"), by and through their undersigned counsel, respectfully submit the following joint status report pursuant to the Court's Order of January 20, 2016 (ECF No. 14).

On August 9, 2015, Plaintiffs filed an Amended Complaint (ECF No. 6) related to 18 different Freedom of Information Act ("FOIA") requests sent to 19 Defendant agencies or components thereof.[1] According to the Amended Complaint, the FOIA requests focus on Jacob

---

[1] The 19 Defendant agencies and components that are subject to these requests are the NSA, DHS-Cybersecurity and Infrastructure Agency (formerly National Protection and Programs Directorate), DHS-Privacy Office, DHS-Office of Policy, DHS-Science and Technology Directorate, DHS-Transportation Security Administration, DHS-Office of Operations Coordination, DHS-Office of Intelligence and Analysis, DHS-United States Secret Service, DHS-U.S. Customs and Border Protection, DHS-U.S. Immigration and Customs Enforcement, DHS-U.S. Citizenship and Immigration Services, DOJ-Federal Bureau of Investigation, DOJ-

Appelbaum, "an American security expert and journalist." Am. Compl. ¶29. The requests, however, seek a total of 288 separate categories of records. Over the course of several months, the parties met and conferred, and Plaintiffs agreed to withdraw three of the original requests and to clarify and narrow the scope of certain other requests to records of most interest to Plaintiffs.

Currently, fifteen agency components have completed their processing of Plaintiffs' FOIA requests: (1) DHS-U.S. Immigration and Customs Enforcement; (2) DHS-Cybersecurity and Infrastructure Security Agency (formerly National Protection and Programs Directorate); (3) DHS-Science and Technology Directorate, (4) DHS-Office of Intelligence and Analysis; (5) DHS-Office of Operations Coordination; (6) DHS-Transportation Security Administration; (7) DHS-U.S. Citizenship and Immigration Services; (8) DHS-U.S. Customs and Border Protection; (9) DHS-United States Secret Service; (10) DOD-Army; (11) DOD-Defense Intelligence Agency; (12) DOJ-Criminal Division; (13) NSA, (14) the Federal Bureau of Investigation and (15)Department of State.[2]

The Central Intelligence Agency believes that it may have completed its processing of Plaintiffs' FOIA requests. It is reviewing its responses to confirm the status.

The DOJ-National Security Division believes that it has completed processing of Plaintiffs' requests except for records requiring interagency review.

DHS Headquarters component offices (which include DHS Policy and DHS Privacy Office) continue to review the potentially responsive records identified in their search. Upon review, many of these records (which totaled over 375GB) were not responsive. Rather than

---

Criminal Division, DOJ-National Security Division, DOD-United States Army, DOD-Defense Intelligence Agency, CIA, and DOS.

[2] Agency components in this group may need to process additional records if they receive referrals from other agencies for direct release to Plaintiffs or are asked to consult or coordinate with other agencies that are processing Plaintiffs' requests.

having DHS continue to spend time reviewing records that are not responsive, the parties are engaged in discussions on ways to narrow the request.

In addition, some records have been referred to the Executive Office for United States Attorneys ("EOUSA") for direct release to Plaintiffs. EOUSA has completed its processing of those records.

Defendants that have not already completed their processing of Plaintiffs' FOIA requests will continue to process Plaintiffs' FOIA requests in accordance with the Court's order of January 20, 2016.

Dated: November 20, 2019

| | |
|---|---|
| /s/ Jeffrey Light<br>Jeffrey L. Light<br>D.C. Bar #485360<br>1712 Eye St., NW<br>Suite 915<br>Washington, DC 20006<br>(202) 277-6213<br>Jeffrey@lawofficeofjeffreylight.com<br>*Counsel for Plaintiffs* | JOSEPH H. HUNT<br>Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>/s/ Marcia K. Sowles<br>MARCIA K. SOWLES (D.C. BAR # 369455)<br>United States Department of Justice<br>Civil Division - Federal Programs Branch<br>1100 L Street, N.W.<br>Room 11028<br>Washington, DC 20005<br>(202) 514-4960<br>Email: marcia.sowles@usdoj.gov<br>*Counsel for Defendants* |