IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | 1:15-cv-00999 (APM) |
| ) | |
| NATIONAL SECURITY AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiffs Jason Leopold and Alexa O'Brien (collectively "Plaintiffs") and Defendants United States National Security Agency ("NSA"), United States Department of Homeland Security ("DHS"), United States Department of Justice ("DOJ"), United States Department of Defense ("DOD"), Central Intelligence Agency ("CIA"), and United States Department of State ("DOS") (collectively "Defendants"), by and through their undersigned counsel, respectfully submit the following joint status report pursuant to the Court's Order of January 20, 2016 (ECF No. 14) and the Minute Order of March 31, 2020.

On August 9, 2015, Plaintiffs filed an Amended Complaint (ECF No. 6) related to 18 different Freedom of Information Act ("FOIA") requests sent to 19 Defendant agencies or components thereof.[1] According to the Amended Complaint, the FOIA requests focus on Jacob

---

[1] The 19 Defendant agencies and components that are subject to these requests are the NSA, DHS-Cybersecurity and Infrastructure Agency (formerly National Protection and Programs Directorate), DHS-Privacy Office, DHS-Office of Policy, DHS-Science and Technology Directorate, DHS-Transportation Security Administration, DHS-Office of Operations Coordination, DHS-Office of Intelligence and Analysis, DHS-United States Secret Service, DHS-U.S. Customs and Border Protection, DHS-U.S. Immigration and Customs Enforcement, DHS-U.S. Citizenship and Immigration Services, DOJ-Federal Bureau of Investigation, DOJ-

–1–

Appelbaum, "an American security expert and journalist."  Am. Compl. ¶29.  The requests, however, seek a total of 288 separate categories of records.  Over the course of several months, the parties met and conferred, and Plaintiffs agreed to withdraw three of the original requests and to clarify and narrow the scope of certain other requests to records of most interest to Plaintiffs.

At the time of the last status report, seventeen, agency components have completed their processing of Plaintiffs' FOIA requests: (1) DHS-U.S. Immigration and Customs Enforcement; (2) DHS-Cybersecurity and Infrastructure Security Agency (formerly National Protection and Programs Directorate); (3) DHS-Science and Technology Directorate, (4) DHS-Office of Intelligence and Analysis; (5) DHS-Office of Operations Coordination; (6) DHS-Transportation Security Administration; (7) DHS-U.S. Citizenship and Immigration Services; (8) DHS-U.S. Customs and Border Protection; (9) DHS-United States Secret Service; (10) DOD-Army; (11) DOD-Defense Intelligence Agency; (12) DOJ-Criminal Division; (13) NSA, (14) the Federal Bureau of Investigation, (15) Department of State, (16) CIA, and (17) DOJ-National Security Division.

At the time of the last joint report, DHS Headquarters component offices (which include DHS Policy and DHS Privacy Office) have not completed its processing.  As explained in the prior report, many of the potentially responsive records identified in the initial search (which totaled over 375GB) were not responsive.  *See* ECF No. 38 at 2.  Rather than having DHS continue to spend time reviewing records that are not responsive, the parties engaged in discussions on ways to narrow the request and reached an agreement narrowing the scope.  *Id*.  DHS completed its search and located 118 pages of potentially responsive pages.  On May 19,

---

Criminal Division, DOJ-National Security Division, DOD-United States Army, DOD-Defense Intelligence Agency, CIA, and DOS.

2021, DHS released 5 pages in full and 113 pages in part with portions withheld pursuant to Exemptions 5 and 6.

    Accordingly, all defendants have now completed their processing. The parties are conferring as what, if any, issues remain. The parties propose to file another status report in 30 days.

Dated: May 26, 2021

| | |
|---|---|
| /s/ Jeffrey Light | BRIAN M. BOYNTON |
| Jeffrey L. Light | Acting Assistant Attorney General |
| D.C. Bar #485360 | |
| 1712 Eye St., NW | MARCIA BERMAN |
| Suite 915 | Assistant Branch Director |
| Washington, DC 20006 | |
| (202) 277-6213 | /s/ Marcia K. Sowles |
| Jeffrey@lawofficeofjeffreylight.com | MARCIA K. SOWLES (D.C. BAR # 369455) |
| *Counsel for Plaintiffs* | United States Department of Justice |
| | Civil Division - Federal Programs Branch |
| | 1100 L Street, N.W. |
| | Room 11028 |
| | Washington, DC 20005 |
| | (202) 514-4960 |
| | Email: marcia.sowles@usdoj.gov |
| | *Counsel for Defendants* |