**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

<table>
<tr><td>
JASON LEOPOLD, <em>et al.</em>,<br><br>
   Plaintiffs,<br><br>
   vs.<br><br>
NATIONAL SECURITY AGENCY, <em>et al.</em>,<br><br>
   Defendants.
</td>
<td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td>
<td>1:15-cv-00999 (APM)</td>
</tr>
</table>

**JOINT STATUS REPORT**

Plaintiffs Jason Leopold and Alexa O'Brien (collectively "Plaintiffs") and Defendants United States National Security Agency ("NSA"), United States Department of Homeland Security ("DHS"), United States Department of Justice ("DOJ"), United States Department of Defense ("DOD"), Central Intelligence Agency ("CIA"), and United States Department of State ("DOS") (collectively "Defendants"), by and through their undersigned counsel, respectfully submit the following joint status report pursuant to the Court's Order of January 20, 2016 (ECF No. 14) and the Minute Order of March 31, 2020.

On August 9, 2015, Plaintiffs filed an Amended Complaint (ECF No. 6) related to 18 different Freedom of Information Act ("FOIA") requests sent to 19 Defendant agencies or components thereof.[1]  According to the Amended Complaint, the FOIA requests focus on Jacob

---

[1] The 19 Defendant agencies and components that are subject to these requests are the NSA, DHS-Cybersecurity and Infrastructure Agency (formerly National Protection and Programs Directorate), DHS-Privacy Office, DHS-Office of Policy, DHS-Science and Technology Directorate, DHS-Transportation Security Administration, DHS-Office of Operations Coordination, DHS-Office of Intelligence and Analysis, DHS-United States Secret Service, DHS-U.S. Customs and Border Protection, DHS-U.S. Immigration and Customs Enforcement, DHS-U.S. Citizenship and Immigration Services, DOJ-Federal Bureau of Investigation, DOJ-

Appelbaum, "an American security expert and journalist." Am. Compl. ¶29. The requests, however, seek a total of 288 separate categories of records. Over the course of several months, the parties met and conferred, and Plaintiffs agreed to withdraw three of the original requests and to clarify and narrow the scope of certain other requests to records of most interest to Plaintiffs.

As previously explained, all agency components have completed their processing of Plaintiffs' FOIA requests: (1) DHS-U.S. Immigration and Customs Enforcement; (2) DHS-Cybersecurity and Infrastructure Security Agency (formerly National Protection and Programs Directorate); (3) DHS-Science and Technology Directorate, (4) DHS-Office of Intelligence and Analysis; (5) DHS-Office of Operations Coordination; (6) DHS-Transportation Security Administration; (7) DHS-U.S. Citizenship and Immigration Services; (8) DHS-U.S. Customs and Border Protection; (9) DHS-United States Secret Service; (10) DOD-Army; (11) DOD-Defense Intelligence Agency; (12) DOJ-Criminal Division; (13) NSA, (14) the Federal Bureau of Investigation, (15) Department of State, (16) CIA, (17) DOJ-National Security Division, and (18) DHS Headquarters component offices (which include DHS Policy and DHS Privacy Office). *See* ECF No. 40.

As explained in the last status report, the parties have conferred. Plaintiffs are not challenging the responses of the following components: (1) DHS-National Protection and Programs Directorate; (2) DHS-Science and Technology Directorate, (3) DHS-Office of Intelligence and Analysis, (4) DHS-Office of Operations Coordination, (5) DHS-Transportation Security Administration, (6) DHS-U.S. Citizenship and Immigration Services, (7) DHS-United States Secret Service, (8) DOD-Defense Intelligence Agency, and (9) DOJ-Criminal Division; and (10) DHS-CBP. *See* ECF No. 41.

---

Criminal Division, DOJ-National Security Division, DOD-United States Army, DOD-Defense Intelligence Agency, CIA, and DOS.

Plaintiffs, however, have raised questions regarding the responses of the following agencies: (1) DOD-Department of Army, (2) CIA, (3) DHS-HQ, DHS-ICE, (4) DHS-NSD, and (5) FBI.  The parties are continuing to confer in attempt to resolve and/or narrow the remaining issues.  The parties propose to file another status report in 60 days.

Dated: August 9, 2021

  /s/ Jeffrey Light
Jeffrey L. Light
D.C. Bar #485360
1629 K Street, NW
Suite 300
Washington, DC 20006
(202) 277-6213
Jeffrey@lawofficeofjeffreylight.com
*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

  /s/ Marcia K. Sowles
MARCIA K. SOWLES (D.C. BAR # 369455)
United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, N.W.
Room 11028
Washington, DC 20005
(202) 514-4960
Email: marcia.sowles@usdoj.gov
*Counsel for Defendants*