# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JASON LEOPOLD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-00999 (APM) |
| | ) | |
| NATIONAL SECURITY AGENCY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **JOINT STATUS REPORT**

Plaintiffs Jason Leopold and Alexa O'Brien (collectively "Plaintiffs") and Defendants

United States National Security Agency ("NSA"), United States Department of Homeland

Security ("DHS"), United States Department of Justice ("DOJ"), United States Department of

Defense ("DOD"), Central Intelligence Agency ("CIA"), and United States Department of State

("DOS") (collectively "Defendants"), by and through their undersigned counsel, respectfully

submit the following joint status report pursuant to the Court's Order of January 20, 2016 (ECF

No. 14) and the Minute Order of October 8, 2021.

On August 9, 2015, Plaintiffs filed an Amended Complaint (ECF No. 6) related to 18

different Freedom of Information Act ("FOIA") requests sent to 19 Defendant agencies or

components thereof.[1]  According to the Amended Complaint, the FOIA requests focus on Jacob

---

[1] The 19 Defendant agencies and components that are subject to these requests are the NSA, DHS-Cybersecurity and Infrastructure Agency (formerly National Protection and Programs Directorate), DHS-Privacy Office, DHS-Office of Policy, DHS-Science and Technology Directorate, DHS-Transportation Security Administration, DHS-Office of Operations Coordination, DHS-Office of Intelligence and Analysis, DHS-United States Secret Service, DHS-U.S. Customs and Border Protection, DHS-U.S. Immigration and Customs Enforcement, DHS-U.S. Citizenship and Immigration Services, DOJ-Federal Bureau of Investigation, DOJ-

Appelbaum, "an American security expert and journalist."  Am. Compl. ¶29.  The requests,

however, seek a total of 288 separate categories of records.  Over the course of several months,

the parties met and conferred, and Plaintiffs agreed to withdraw three of the original requests and

to clarify and narrow the scope of certain other requests to records of most interest to Plaintiffs.

As previously explained, all  agency components have completed their processing of

Plaintiffs' FOIA requests:  (1) DHS-U.S. Immigration and Customs Enforcement (ICE");

(2) DHS-Cybersecurity and Infrastructure Security Agency (formerly National Protection and

Programs Directorate); (3) DHS-Science and Technology Directorate, (4) DHS-Office of

Intelligence and Analysis; (5) DHS-Office of Operations Coordination; (6) DHS-Transportation

Security Administration; (7) DHS-U.S. Citizenship and Immigration Services; (8) DHS-U.S.

Customs and Border Protection; (9) DHS-United States Secret Service; (10) DOD-Army;

(11) DOD-Defense Intelligence Agency; (12) DOJ-Criminal Division; (13) NSA, (14) the

Federal Bureau of Investigation, (15) Department of State, (16) CIA, (17) DOJ-National Security

Division, and (18)  DHS Headquarters component offices (which include DHS Policy and DHS

Privacy Office).  *See* ECF No. 40.

As explained in the last status report, the parties have conferred and have made progress

in narrowing the issues in dispute.  Plaintiffs are not challenging the responses of the following

components:  (1) DHS-National Protection and Programs Directorate; (2) DHS-Science and

Technology Directorate, (3) DHS-Office of Intelligence and Analysis, (4) DHS-Office of

Operations Coordination, (5) DHS-Transportation Security Administration, (6) DHS-U.S.

Citizenship and Immigration Services, (7) DHS-United States Secret Service, (8) DOD-Defense

Intelligence Agency, and (9) DOJ-Criminal Division; (10) DHS-CBP, (11) DOD-Army, (12) the

_____

Criminal Division, DOJ-National Security Division, DOD-United States Army, DOD-Defense
Intelligence Agency, CIA, and DOS.

CIA, (13) DHS-ICE, (14) DHS-Headquarters (which include DHS Policy and DHS Privacy

Office), (15) DHS-CISA, and (17) NSA..

     The only issues remaining are with respect to the response with (1) DOJ-NSD, and (2)

FBI.  The parties are continuing to confer in attempt to resolve and/or narrow the remaining

issues.  The parties propose to file another status report in 60 days.


Dated: December 7, 2021

  /s/ Jeffrey Light                              
Jeffrey L. Light
D.C. Bar #485360
1629 K Street, NW
Suite 300
Washington, DC 20006
(202) 277-6213
Jeffrey@lawofficeofjeffreylight.com
*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

  /s/ Marcia K. Sowles                      
MARCIA K. SOWLES (D.C. BAR # 369455)
United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, N.W.
Room 11028
Washington, DC 20005
(202) 514-4960
Email: marcia.sowles@usdoj.gov
*Counsel for Defendants*